# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

**Case No.:** <u>CV 17-126-CAS (PLA)</u>            **Date:** <u>September 7, 2017</u>

**Title:** <u>Michael Black v. C. Chin, et al.</u>

---

**PRESENT: THE HONORABLE** <u>PAUL L. ABRAMS</u>
                                    **UNITED STATES MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**
             NONE                                                        NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

On January 10, 2017, the Court granted plaintiff's request to proceed in forma pauperis, and ordered plaintiff to pay the initial partial filing fee of $5.00 within thirty days of that Order, and submit monthly payments thereafter. (ECF No. 7). On April 11, 2017, the Court granted plaintiff an extension of time to June 12, 2017, to pay his initial partial filing fee. (ECF No. 16).

On June 7, 2017, the Court, again, granted plaintiff an extension of time to August 21, 2017, to pay his initial partial filing fee (ECF No. 20). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than October 10, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **October 10, 2017**, shall be deemed compliance with this Order to Show Cause.

cc:     Michael Black, pro se

                                                                 Initials of Deputy Clerk   <u>ch</u>